**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YASMIN CHILDS,<br><br>                    Plaintiff,<br><br>v.<br><br>IXIA HOLDINGS, LLC, et al,<br><br>                    Defendants. | Case No. 1:20-cv-01806-DAD-JLT<br><br>**[PROPOSED] ORDER ON STIPULATION TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE AND FOR DATE FOR SUBMISSION OF THE JOINT SCHEDULING REPORT**<br><br>**(Doc. 24)** |

Based upon the stipulation of the parties, the Court CONTINUES the mandatory scheduling conference to June 7, 2021 at 8:30 a.m. The Joint Scheduling Report shall be submitted one week prior to the Mandatory Scheduling Conference.

IT IS SO ORDERED.

Dated:  **March 3, 2021**              **/s/ Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE