**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YASMIN CHILDS,<br><br>                    Plaintiff,<br><br>vs.<br><br>IXIA HOLDINGS, LLC dba BISHOP CARE<br>CENTER, INC., et al.,<br><br>                    Defendants. | Case No. 1:20-cv-01806-DAD-JLT<br><br>[~~PROPOSED~~] **ORDER GRANTING**<br>**FURTHER STIPULATION TO CONTINUE**<br>**THE MANDATORY SCHEDULING**<br>**CONFERENCE AND FOR DATE FOR**<br>**SUBMISSION OF THE JOINT**<br>**SCHEDULING REPORT**<br><br>**(Doc. 28)** |

Based upon the stipulation of the parties (Doc. 28), the Mandatory Scheduling Conference is CONTINUED to November 29, 2021.  The parties SHALL file the Joint Scheduling Report at least one week prior to the conference.


IT IS SO ORDERED.

Dated:  __August 6, 2021__          _____ /s/ Jennifer L. Thurston
                                          CHIEF UNITED STATES MAGISTRATE JUDGE