UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASMIN CHILDS,<br><br>Plaintiff,<br><br>v.<br><br>IXIA HOLDINGS, LLC, et al.,<br><br>Defendants. | No. 1:20-cv-01806-DAD-BAK (SAB)<br><br>ORDER GRANTING JOINT STIPULATION TO REMAND AND REMANDING ACTION TO INYO COUNTY SUPERIOR COURT |

This matter was removed to this court from Inyo County Superior Court on December 21, 2020 by defendants Horizon West Healthcare, Inc. and Ixia Holdings, LLC d/b/a/ Bishop Care Center on the basis of federal officer jurisdiction and federal question jurisdiction pursuant to 28 U.S.C. § 1331 and the Public Readiness and Emergency Preparedness Act, 42 U.S.C. §§ 247d-6d and 247d-6e (2006). (Doc. No. 1.) On December 15, 2021, this court entered an order staying this action pending the Ninth Circuit's ruling in *Saldana v. Glenhaven Healthcare LLC*, No. 20-56194. (Doc. No. 31.) On May 20, 2022, this court issued a minute order directing defendants to show cause why this action should not be remanded in light of the Ninth Circuit's decision in *Saldana*. (Doc. No. 34.) On May 31, 2022, the parties filed a joint stipulation to remand this action to the Inyo County Superior Court. (Doc. No. 35.)

/////

1

1     Good cause appearing, the court therefore adopts the parties' stipulation and directs that this matter be remanded to the Inyo County Superior Court.  Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **June 2, 2022**               /s/ Dale A. Drozd
                                              UNITED STATES DISTRICT JUDGE